429 A.2d 103

Commonwealth v. Glasco, Appellant.

Petition for Allowance of Appeal Denied May 4, 1981.

Submitted December 6, 1979.   A. Roy De Caro, for appellant;   Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

The order of the lower court dated March 22, 1979, is affirmed.

BROSKY, J., filed a memorandum concurring opinion.